AO 10—
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)   Edgar, R. Allan | 2. Court or Organization   Eastern District of Tennessee | 3. Date of Report   04/16/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)   District Judge - Senior | 5a. Report Type (check appropriate type)   ☐ Nomination,   Date   ☐ Initial   ☒ Annual   ☐ Final   5b. ☐ Amended Report | 6. Reporting Period   01/01/2006   to   12/31/2006 |
| 7. Chambers or Office Address   Post Office Box 1748   Chattanooga, TN 37401-1748 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.   Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | TRUST #1 |
| 2. | Trustee | TRUST #2 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2007 APR 25 A 9: 55 FINANCIAL DISCLOSURE

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/16/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Tennessee Consolidated Retirement System | $ 3,517.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/16/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☒ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/16/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SUNTRUST BANK CHATTANOOGA NA, TRUSTEE SELF-DIRECTED IRA: | | | | | | | | | |
| 2. - STI Classic Prime Quality Money Market | B | Interest | K | T | | | | | |
| 3. - Vanguard Windsor II Fund | B | Dividend | L | T | | | | | |
| 4. - Harbor International Fund | C | Dividend | M | T | | | | | |
| 5. - Franklin Mutual Beacon Fund Z Shares | | None | | | Sold | 4/28 | L | D | |
| 6. - T Rowe Price New Era Fund | C | Dividend | M | T | | | | | |
| 7. - Harbor Capital App. Fund | A | Dividend | L | T | | | | | |
| 8. - Vanguard Mid-Cap Index Fund | A | Dividend | L | T | | | | | |
| 9. - CGM Realty Fund | A | Dividend | K | T | | | | | |
| 10. - I Shares S&P TOPIX 150 Index Fund | B | Dividend | J | T | | | | | |
| 11. I Shares MSCI Pacific Ex Japan Fund | A | Dividend | K | T | | | | | |
| 12. I Units Govt of Canada 5-yr Bond Fund | | None | | | Sold | 5/1 | K | A | |
| 13. Fed Home Loan Bk 4% Bond | C | Interest | L | T | | | | | |
| 14. Fidelity Value Fund | A | Dividend | K | T | | | | | |
| 15. Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 16. Brandywine Fd | | None | K | T | Buy | 4/28 | K | | |
| 17. Fidelity Fifty Fd | A | Dividend | K | T | Buy | 4/28 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/16/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fed Home Loan BK 5.6% Bond | C | Interest | K | T | Buy | 7/27 | K | | |
| 19. Fed Home Loan BK 5.7% Bond | C | Interest | K | T | Buy | 7/27 | K | | |
| 20. Sel. Am. Shares Fund (IRA) | A | Dividend | K | T | | | | | |
| 21. Schwab Money Market Fund (IRA) | A | Dividend | J | T | | | | | |
| 22. Vanguard Windsor II Fund (IRA) | A | Dividend | K | T | | | | | |
| 23. Artisan Midcap Fund (IRA) | A | Dividend | J | T | | | | | |
| 24. Baron Growth Fund (IRA) | | None | J | T | | | | | |
| 25. Oakmark Int'l Fund (IRA) | B | Dividend | J | T | | | | | |
| 26. Schwab Total Bond Mkt Index Fund (IRA) | A | Dividend | J | T | | | | | |
| 27. Oakmark Equity Inc. Fund (IRA) | A | Dividend | J | T | | | | | |
| 28. Sky Bank 3.95% CD, (IRA) | A | Interest | J | T | | | | | |
| 29. Fidelity Cash Reserves Fund (IRA) | A | Interest | J | T | | | | | |
| 30. Fidelity Equity Income II Fund (IRA) | A | Dividend | J | T | | | | | |
| 31. Fidelity Contrafund (IRA) | A | Dividend | J | T | | | | | |
| 32. Spartan Total Market Index Fund (IRA) | A | Dividend | K | T | | | | | |
| 33. Fidelity Div Int'l Fund (IRA) | A | Dividend | J | T | | | | | |
| 34. Fidelity Balanced Fund (IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/16/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Short Term Bond Fund (IRA) | A | Dividend | J | T | | | | | |
| 36. Fidelity Value Fund (IRA) | A | Dividend | J | T | | | | | |
| 37. Morgan Stanley Liquid Asset Fund | A | Interest | L | T | | | | | |
| 38. TIAA-CREF Retirement Fund | A | Dividend | K | T | | | | | |
| 39. Lincoln National Life Variable Annuity | | | | | Sold | 3/28 | K | E | |
| 40. TRUST #1: | | | | | | | | | |
| 41. Fidelity Cash Fund | A | Dividend | J | T | | | | | |
| 42. Fed Home Ln Mtg 5.250% | A | Interest | | | Redeem | 1/15 | K | | |
| 43. - U.S. Treasury 6.5% | A | Interest | | | Redeem | 10/15 | K | | |
| 44. Morgan Stanley Bond 5.8% | A | Interest | K | T | | | | | |
| 45. - Scripps Co. 6.625% | A | Interest | K | T | | | | | |
| 46. - Phillip Morris 7.650% | A | Interest | J | T | | | | | |
| 47. - Ford Motor Credit 5.8% | A | Interest | K | T | | | | | |
| 48. Fed Nat'l Mortgage 5.25% | A | Interest | K | T | | | | | |
| 49. - Union Tank Car 7.45% | A | Interest | K | T | | | | | |
| 50. -Great Lakes Chem 7% | A | Interest | J | T | | | | | |
| 51. -Abitibi-Consol 7.875% | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/16/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Ford Motor Credit 7.375% | A | Interest | J | T | | | | | |
| 53. - Gen Motors Acc 7.75% | A | Interest | J | T | | | | | |
| 54. - Citigroup 6.5% | A | Interest | K | T | | | | | |
| 55. - JP Morgan 6.75% | A | Interest | K | T | | | | | |
| 56. - Cardinal Health 6.75% | A | Interest | J | T | | | | | |
| 57. - Boeing Cap 6.1% | A | Interest | J | T | | | | | |
| 58. - Am Home Prod 6.7% | A | Interest | J | T | | | | | |
| 59. - Morgan Stanley 6.75% | A | Interest | J | T | | | | | |
| 60. - Caterpillar Inc. 6.55% | A | Interest | J | T | | | | | |
| 61. - Hormel Foods 6.625% | A | Interest | J | T | | | | | |
| 62. - Ocean Energy 7.25% | A | Interest | J | T | | | | | |
| 63. - Ford Motor Credit 7.25% | A | Interest | K | T | | | | | |
| 64. - Honeywell Int'l 6.125% | A | Interest | J | T | | | | | |
| 65. - Lehman Bros 6.625% | A | Interest | J | T | | | | | |
| 66. - General Electric Cap 6% | A | Interest | J | T | | | | | |
| 67. - Bank of America 4.875% | A | Interest | J | T | | | | | |
| 68. - Boise Cascade 7.35% | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/16/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - U S Treasury 8.125% | A | Interest | J | T | | | | | |
| 70. - WalMart 7.55% | A | Interest | K | T | | | | | |
| 71. - Spartan Total Market Index Fund | B | Dividend | M | T | | | | | |
| 72. - Fidelity Div Int'l Fund | A | Dividend | K | T | | | | | |
| 73. - Fidelity Low Pr. Stk Fund | A | Dividend | K | T | | | | | |
| 74. - Fidelity Cash Reserves Fund | | | | | Sold | 1/31 | J | | |
| 75. - Fidelity Ultra Short Bond Fund | A | Dividend | K | T | | | | | |
| 76. - Fidelity 500 Index Fund | A | Dividend | J | T | | | | | |
| 77. - Community First Bank 4.05% CD | A | Interest | | | Redeem | 8/31 | J | | |
| 78. - Meridian Bank- 4.45% CD | A | Interest | | | Redeem | 12/15 | J | | |
| 79. N. Salem St BK-CD 5.1% | A | Interest | K | T | Buy | 10/24 | K | | |
| 80. TRUST #2: | | | | | | | | | |
| 81. - Vanguard Pacific Index Fund | A | Dividend | J | T | | | | | |
| 82. - Vanguard European Index Fund | A | Dividend | J | T | | | | | |
| 83. - Vanguard Total Stock Market Index Fund | A | Dividend | K | T | | | | | |
| 84. - Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 85. - Vanguard Short Term Bond Index Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 ● =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/16/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -T Rowe Price New Era Fund | A | Dividend | K | T | | | | | |
| 87.  -John Hancock Universal Life Insurance Policy-see Part VIII | B | Interest | K | T | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/16/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PARTS I AND VII --

The listed trusts are ███████ trusts for the benefit of a member of ███████
I am Co-Trustee of TRUST #1, and Trustee of TRUST #2.

Part VII, line 10. Correct name for this fund is as listed. It was listed on the 2005 report as I-shares S&P Index Fund.

Part VII, line 19 on 2005 disclosure report, Oakmark Equity Income Fund was listed in error. Fund was never purchased.

Part VII, line 87. This policy was inadvertently omitted from previous disclosure reports.

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/16/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____   Date ___4/17/07___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544